# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133425 & (61)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

MARCOS RAMIREZ-GARCIA,
          Defendant-Appellant.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133425
COA: 261408
Wayne CC: 04-011607-02

On order of the Court, the application for leave to appeal the January 23, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk

s0723